UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:13-cv-62783-UU

KIMBERLY SHAGENA,

    Plaintiff,

v.

FLANIGAN'S ENTERPRISES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On October 28, 2014, the Court ordered Plaintiff to show cause as to why the parties had not scheduled mediation. The Court ordered Plaintiff to respond by November 12, 2014. D.E. 32. As of November 17, 2014, Plaintiff has failed to respond to this Order. On November 7, 2014, the Court ordered Plaintiff to show cause as to why the parties' Joint Interim Report was not timely filed on November 6. D.E. 33. The Court ordered Plaintiff to respond by November 14, 2014. *Id.* As of November 17, 2014, Plaintiff has also failed to respond to this Order. In both Orders, Plaintiff was warned that "[f]ailure to comply with this Order will result in dismissal of this case without further notice." Accordingly, this case is dismissed for failure to prosecute, and for failure to abide by Court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power' . . . necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."). It is

ORDERED AND ADJUDGED that the Complaint, D.E. 1, is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of November, 2014.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record