UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF FLORIDA

CASE: 13-cv-62783-UU

KIMBERLY SHAGENA,

Plaintiff,

vs.

FLANIGAN'S ENTERPRISES, INC.,
a Florida Company,

Defendant.

_____/

## STIPULATION FOR ORDER OF DISMISSAL

      An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is,

      STIPULATED and AGREED by and between the parties hereto that the above cause may be dismissed with prejudice, each party to bear their own attorneys' fees and costs. The parties request that the Court retain jurisdiction to enforce the parties' settlement agreement, if necessary.

      DATED this 26th day of November, 2014

| | |
|---|---|
| LAW OFFICES OF SHAWN L. BIRKEN, P.A. | ROBERTS & DURKEE, P.A. |
| Shawn L. Birken, Esq. | *Attorneys for Plaintiff* |
| 100 SE 3rd Ave., Suite 1300 | Alhambra Towers, Penthouse I |
| Fort Lauderdale, Florida 33394 | 121 Alhambra Plaza, Suite 1603 |
| Direct Dial: 954-990-4459 | Coral Gables, Florida 33134 |
| Fax: 954-990-4469 | Telephone No.: 305-442-1700 |
| Fax: 561-826-5201 | Facsimile No.: 305-442-2550 |
| | E-Mail: Roberts@rdlawnet.com |
| By: s:/ Shawn L. Birken, Esq. | By: s:/ H. Clay Roberts |
| SHAWN L. BIRKEN, ESQ. | H. CLAY ROBERTS, ESQ. |
| Fla. Bar No.: 418765 | Fla. Bar No.: 262307 |